UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| BRANDON L. KING, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| V. | § | CIVIL ACTION NO. 3:13-CV-0083-B |
| | § | |
| TENET HEALTHCARE CORP., | § | |
| CONIFER HEALTH SOLUTIONS, LLC, | § | |
| LAKE POINTE HEALTH NETWORK, | § | |
| | § | |
| Defendants. | § | |

## ORDER

On May 30, 2013, the Court entered an Order (doc. 18) staying the above-captioned action pending the outcome of the parties' agreed arbitration. On July 9, 2013, Plaintiff Brandon L. King filed a Status Report (doc. 19), informing the Court that the parties had settled this matter and resolved all claims between them. Plaintiff therefore requests that the action be dismissed with prejudice. The Status Report includes no indication that it is joined by Defendants.

Under Federal Rule of Civil Procedure 41(a)(2), the Court may dismiss an action at the plaintiff's request where the request is not joined by the defendant and no counterclaim has been filed by the defendant. Under the circumstances, the Court concludes that dismissal with prejudice is appropriate pursuant to Rule 41(a)(2). However, should Defendants object to the dismissal of this action, they should notify the Court no later than **Wednesday, July 24, 2013**.

This action is hereby **DISMISSED WITH PREJUDICE**.

SO ORDERED.

SIGNED: July 10, 2013.

_____
JANE J. BOYLE
UNITED STATES DISTRICT JUDGE